# Court of Appeals
# of the State of Georgia

ATLANTA,  October 06, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0347.  GARY FULLER v. ROSELLA ORDAZ SANCHEZ.**

On June 29, 2016, the trial court entered an order dismissing Gary Fuller's petition for modification of child custody.  On August 1, 2016, Fuller filed a notice of appeal to this Court.  We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the order sought to be appealed.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012).  Fuller's notice of appeal is untimely, as it was filed 33 days after entry of the order he seeks to appeal.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  10/06/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*